UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :     Hon. Stanley R. Chesler

v.                  :      Crim. No. 11-516

LAVAR BELLFIELD         :     <u>ORDER FOR CONTINUANCE</u>

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Fabiana Pierre-Louis, Assistant U.S.
Attorney, appearing), and defendant Lavar Bellfield (Donald
McCauley, Assistant Federal Public Defender, appearing), for an
order granting a continuance of the proceedings in the above-
captioned matter, and the defendant being aware that he has the
right to have the matter brought to trial within 70 days of the
date of his appearance before a judicial officer of this court
pursuant to Title 18, United States Code, Section 3161(c)(1), and
the defendant having consented to such a continuance, and it
appearing that the defendant waives such right, and one prior
continuance having previously been granted by the Court pursuant
to Title 18, Unites States Code, Section 3161(h)(7), and for good
and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

(1) Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render any grand jury
proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18,
United States Code, Section 3161(h)(7), the ends of justice
served by granting the continuance outweigh the best interest of
the public and the defendant in a speedy trial.

IT IS, therefore, on this 5~~th~~ day of ~~December 2011~~ January 2012,

ORDERED that this action be, and hereby is, continued
until February 20, 2012; and it is further

ORDERED that the following Motion and Trial Schedule
shall apply:

Defendant's motions to be filed by February 27, 2012;

Government's response to be filed by March 9, 2012;

Motion Hearing scheduled for 3|19|2012 @ 11:30 am

ORDERED Trial Date set for 3|27|2012 @; 10:00 am

ORDERED that the period from the date of this order
through February 20, 2012 shall be excludable in computing time
under the Speedy Trial Act of 1974.

HONORABLE STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

Fabiana Pierre-Louis
Assistant U.S. Attorney

Donald McCauley, Esq. (s)
Counsel for defendant Lavar Bellfield

-2-