UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LAVAR BELLFIELD

## PETITION FOR WRIT OF HABEAS CORPUS

1. LAVAR BELLFIELD, SBI#: 805959C, is now confined to Passaic County Correctional Facility.

2. LAVAR BELLFIELD, SBI#: 805959C will be required at the United States Court House in Newark, New Jersey before the Hon. Stanley R. Chesler, U.S. District Judge, on Wednesday, January 25, 2012, at 9:00 a.m., for a Status Conference, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 19, 2012
Newark, NJ

Fabiana Pierre-Louis, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 1/20/12

Hon. Joseph A. Dickson
United States Magistrate Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Passaic County Correctional Facility
WE COMMAND YOU that you have the body of

### LAVAR BELLFIELD, SBI#: 805959C

now confined at the Passaic County Correctional Facility, brought before the United States District Court, before the Hon. Stanley R. Chesler, U.S. District Judge, on Wednesday, January 25, 2012, at 9:00 a.m., for a Status Conference.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 1/20/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Nadine Mauro
Deputy Clerk