UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LAVAR BELLFIELD

## PETITION FOR WRIT OF HABEAS CORPUS

1. LAVAR BELLFIELD, SBI#: 805959C, is now confined to Passaic County Correctional Facility.

2. LAVAR BELLFIELD, SBI#: **805959C** will be required at the United States Court House in Newark, New Jersey before the Hon. Stanley R. Chesler, U.S. District Judge, on Wednesday, February 1, 2012, at 9:00 a.m., for a Status Conference, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 25, 2012
Newark, NJ

_Fabiana Pierre-Louis_
Fabiana Pierre-Louis, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 1/25/2012

Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Passaic County Correctional Facility
WE COMMAND YOU that you have the body of

### LAVAR BELLFIELD, SBI#: **805959C**

now confined at the Passaic County Correctional Facility, brought before the United States District Court, before the Hon. Stanley R. Chesler, U.S. District Judge, on Wednesday, February 1, 2012, at 9:00 a.m., for a Status Conference.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 1/25/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _[signature]_
Deputy Clerk